## ASSIGNMENT OF CLAIM FOR DAMAGES

FOR VALUE RECEIVED, the **Kimberly Bruner** ("Assignor,,"), whose address is **111 N. Phoenix Ave Tulsa, OK 74127**, hereby transfers 100% interest to Vance Dotson ("Assignee,,"), whose address is 425 W. Wilshire Blvd Ste., E, Oklahoma City, OK 73116, and its successors, assigns, and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever, which the undersigned has or may have against any person or persons arising from the following types of claims:

1. the Fair Credit Reporting Act ("FCRA,,"), 15 U.S.C. §§ 1681-1681x;
2. the Fair Debt Collection Practices Act ("FDCPA,,"), 15 U.S.C. §§1692-1692p,
3. Uniform Commercial Code, Article 9, Part 6,
4. the Real Estate Settlement Procedures Act ("RESPA,,"), 12 U.S.C. §§ 2601-2617, and
5. any applicable state laws related to a consumer law, tort, and negligence legal claims.

The Assignee may in its own name, or under the Assignor's name, and for its own benefit prosecute, collect, settle, compromise, and grant releases on said claim(s) in its sole discretion deems advisable. Signature or action on this Assignment by Assignee constitutes acceptance. Your assistance is needed until the closing of the case.

Signed under seal on the date indicated below.

**ASSIGNOR**

_Kimberly Bruner_              Date: **11-15-2021**